FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO AVILA-GARCIA,<br><br>Defendant. | No. 4:20-CR-06032-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND MOTION TO PERMIT TRAVEL<br><br>**ECF Nos. 45, 46** |

Before the Court are Defendant's Motion to Permit Travel (ECF No. 45) and Motion to Expedite (ECF No. 46). For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 46**) is **GRANTED**.

2. Defendant's Motion to Permit Travel (**ECF No. 45**) is **GRANTED**.

3. Defendant's previously imposed Special Condition of Release No. 1 (ECF No. 27) shall be temporarily modified to permit Defendant **to travel to Beaumont, Texas and Galveston, Texas from June 18, 2021 to June 26, 2021**. The Court does not require that a chaperone accompany Defendant during his

ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND MOTION TO PERMIT TRAVEL - 1

1  travel to Beaumont, Texas and Galveston, Texas from June 18, 2021 to June 26,

2  2021.  All other previously imposed conditions of release shall remain in effect.

3      DATED June 4, 2021

4                            *s/Mary K. Dimke*
                          MARY K. DIMKE

5                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND
MOTION TO PERMIT TRAVEL - 2