FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2021

SEAN F. McAVOY, CLERK

1

2

3

4

5           UNITED STATES DISTRICT COURT

6           EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,          No. 4:20-cr-06032-SMJ-1

8                      Plaintiff,       ORDER GRANTING
                                        DEFENDANT'S MOTION TO
9   vs.                                 MODIFY CONDITIONS OF
                                        RELEASE AND MOTION TO
10  DIEGO AVILA GARCIA,                 EXPEDITE

11                     Defendant.       **ECF Nos. 61, 62**

12          Before the Court is Defendant's Motion to Modify Conditions of Release

13  (ECF No. 61) and related Motion to Expedite (ECF No. 62).  Neither the United

14  States nor the United States Probation/Pretrial Services Office oppose the proposed

15  modification.  Defendant requests that the Court terminate Special Condition

16  No. 9, which imposes a requirement that Defendant participate in a program of

17  GPS location monitoring (ECF No. 27).  Defendant also requests that the Court

18  terminate Special Condition No. 10, which imposes a condition of home detention.

19  (ECF No. 27).  In support of this modification, Defendant cites his success on

20  pretrial release.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS
OF RELEASE - 1

1      For the reasons set forth in the Motion;

2      **IT IS ORDERED:**

3      1.      Defendant's Motion to Expedite (**ECF No. 62**) is **GRANTED**.

4      2.      Defendant's Motion to Modify Conditions of Release (**ECF No. 61**) is

5  **GRANTED**.

6      3.      Special Condition No. 9 (**ECF No. 27**) shall be **TERMINATED**.

7      4.      Special Condition No. 10 (**ECF No. 27**) shall be **TERMINATED**.

8      5.      All other conditions of release shall remain in effect.

9      DATED October 12, 2021.

10                          _s/Mary K. Dimke_
                            MARY K. DIMKE
11                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS
OF RELEASE - 2