PROB 12C
(6/16)

Report Date: October 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Diego Avila-Garcia     Case Number: 0980 4:20CR06032-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Chelan, Washington 98816

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 6, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Probation - 24 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: January 6, 2022 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: January 5, 2024 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Avila-Garcia's conditions of probation were reviewed with him on February 3, 2022. The offender signed his conditions of probation, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Avila-Garcia is considered to be in violation of his probation by consuming a controlled substance, methamphetamine, on or about September 21, 2022. |
| | On September 21, 2022, Mr. Avila-Garcia provided a presumptive positive drug test at the Center for Alcohol and Drug Treatment (The Center). On September 30, 2022, this officer received a drug test report from Alere Toxicology Services, showing positive results for the presence of methamphetamine. |

Prob12C
**Re: Avila-Garcia, Diego**
**October 25, 2022**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Avila-Garcia is considered to be in violation of his probation by consuming a controlled substance, methamphetamine, on or about October 6, 2022.

On October 6, 2022, Mr. Avila-Garcia provided a presumptive positive drug test at The Center. On October 12, 2022, this officer received a drug test report from Alere Toxicology Services, showing positive results for the presence of methamphetamine.

3   **Standard Condition #2**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Avila-Garcia is considered to be in violation of his probation by leaving the Eastern District of Washington without permission on or before October 10, 2022.

According to a report from the Monroe Police Department (MPD), the following occurred: On October 10, 2022, Mr. Avila-Garcia went to MPD and asked for help getting back to Chelan, Washington. Mr. Avila-Garcia stated he came to the Monroe area for a 4-day party with a friend and his friend left him there. MPD purchased Mr. Avila-Garcia a bus ticket back to Wentachee, Washington.

Mr. Avila-Garcia is fully aware he must receive permission to travel to western Washington.

4   **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Avila-Garcia is considered to be in violation of his probation by having contact with the Monroe Police Department on October, 10, 2022, and not notifying U.S. probation within 72 hours of the contact.

According to MPD, on October 10, 2022, Mr. Avila-Garcia went to MPD and asked for help getting back to Chelan, Washington. Mr. Avila-Garcia stated he came to the Monroe area for a 4-day party with a friend and his friend left him there. MPD purchased Mr. Avila-Garcia a bus ticket back to Wenatchee, Washington.

Mr. Avila-Garcia did not notify this officer he had contact with MPD within 72 hours.

5   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Avila-Garcia, Diego
October 25, 2022
Page 3

**Supporting Evidence**: Mr. Avila-Garcia is considered to be in violation of his probation by failing to report to the Center for Alcohol and Drug Treatment on October 18, 2022, for a random drug test.

On October 20, 2022, this officer spoke with staff at The Center about Mr. Avila-Garcia. Staff reported Mr. Avila-Garcia called the color line on October 18, 2022, and was informed it was his day to provide a drug test. Mr. Avila-Garcia told staff he would not be reporting for his drug test because he did not have transportation. Mr. Avila-Garcia has not called The Center since October 18, 2022, to check the color line.

6   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Avila-Garcia is considered to be in violation of his probation by consuming a controlled substance, methamphetamine, on or about October 21, 2022.

On October 24, 2022, Mr. Avila-Garcia called this officer and admitted to consuming methamphetamine, 3 days ago.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 25, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

M. K. Dimke

Signature of Judicial Officer
10/25/2022
Date