PROB 12C
(6/16)

Report Date: November 28, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Diego Avila-Garcia          Case Number: 0980 4:20CR06032-MKD-1

Address of Offender: ███████████████  Chelan, Washington 98816

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 6, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and (924(a)(2) | | |
| Original Sentence: | Probation - 24 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: | January 6, 2022 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: | January 5, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/25/2022.

Mr. Avila-Garcia's conditions of probation were reviewed with him on February 3, 2022. The offender signed his conditions of probation, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Conditions #3 (ECF 101)**: Defendant must participate in an inpatient substance abuse treatment program and any recommended aftercare. Defendant must follow the rules and regulations of the treatment program (provider, location, modality, intensity, etc.) Defendant must pay the cost of the program if financially able. |
| | **Conditions #4(b) (ECF 101)**: Defendant's participation shall further be guided by the following conditions: (b) If Defendant quits or is terminated from the in-patient treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer. Defendant will then be returned to the custody of the U.S. Marshal pending further hearings. |
| | **Supporting Evidence**: Diego Avila-Garcia is considered in violation of his term of probation by being terminated from inpatient treatment on or about November 25, 2022. |

Prob12C
**Re: Avila-Garcia, Diego**
**November 28, 2022**
**Page 2**

Mr. Avila-Garcia entered inpatient treatment at American Behavioral Health Systems (ABHS) on November 23, 2022. Mr. Avila-Garcia sent his supervising probation officer a text message in the afternoon on November 25, 2022, advising he was with his family as ABHS could not provide him with the mental health help that he needed and they would refer him to another facility.

On November 28, 2022, the undersigned officer contacted Mr. Avila-Garcia by telephone and he reiterated the same information from his text. He also added while at ABHS he went to the hospital and was prescribed trazadone, but he did not take it and he was later told by ABHS he was positive for opiates, which he denied using. Mr. Avila-Garcia advised the undersigned he was not terminated from ABHS, however, was told they could not help him and he was asked to leave. At this time, verification on the reason for discharge is pending from ABHS.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 28, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer
11/28/2022
Date