PROB 12C
(6/16)

Report Date:  November 30, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Diego Avila-Garcia                    Case Number: 0980 4:20CR06032-MKD-1

Address of Offender: ██████████████ Chelan, Washington 98816

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 6, 2022

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Probation - 24 months          Type of Supervision: Probation

Asst. U.S. Attorney:     Matthew Alan Stone             Date Supervision Commenced:  January 6, 2022

Defense Attorney:        Craig Donald Webster           Date Supervision Expires:  January 5, 2024

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/25/2022 and 11/28/2022.

Mr. Avila-Garcia's conditions of probation were reviewed with him on February 3, 2022. The offender signed his conditions of probation, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition  #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Diego Avila-Garcia is considered in violation of his term of probation by being arrested and charged with Driving Under the Influence, in violation of Revised Code of Washington (RCW) 46.61.502, on or about November 28, 2022. |
| | See violation #11 for supporting evidence. |
| 9 | **Mandatory Condition  #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Diego Avila-Garcia is considered in violation of his term of probation by being arrested and charged with Third Degree Driving While License Suspended, in violation of RCW 46.20.342.1C,  on or about November 28, 2022. |
| | See violation #11 for supporting evidence. |

Prob12C
**Re: Avila-Garcia, Diego**
**November 30, 2022**
**Page 2**

10          **Mandatory Condition  #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Diego Avila-Garcia is considered in violation of his term of probation by being arrested and charged with Reckless Driving, in violation of RCW 46.61.500 on or about November 28, 2022.

See violation #11 for supporting evidence.

11          **Mandatory Condition  #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Diego Avila-Garcia is considered in violation of his term of probation by being arrested and charged with Operating a Vehicle Without Ignition Interlock, in violation of RCW 46.20.740, on or about November 28, 2022.

On November 28, 2022, Mr. Avila-Garcia was contacted and subsequently arrested by a Chelan County Sheriff's Office (CCSO) deputy.  According to the CCSO incident report, at approximately 7 p.m., a report of a traffic offense was received. The reporting party (RP) indicated the driver of a red sports utility vehicle (SUV) was following them, tailgating, driving aggressively and flashing the vehicle headlights at them.  The RP was instructed to drive to the Chelan police substation and a deputy would meet them there.

As the deputy arrived at the location, he observed a tan vehicle being followed too closely by a red SUV.  The officer observed the tan car make a U-turn and the red SUV immediately did the same and followed it.  The red SUV then swerved around the tan car, nearly colliding with it, before cutting in front of it. The deputy activated the vehicle emergency lights and conducted a traffic stop. The SUV stopped in the roadway.

The deputy made contact with the driver, later identified as Diego Avila-Garcia.  Mr. Avila-Garcia began immediately explaining that "Adrian," in the other vehicle, was following him and harassing him.  Other deputies arrived to assist, and the RP was questioned about Adrian. The RP advised Adrian was his nephew whom he lives with.

Dispatch advised the deputy that Mr. Avila-Garcia's driving status was suspended and he was required to have an ignition interlock device installed on his vehicle, which was ordered on 9/13/2022 and expired on 8/9/2024. A deputy confirmed no interlock device was installed in the vehicle Mr. Avila-Garcia was driving.

Mr. Avila-Garcia was detained, read his rights  and transported to the county jail.  During the transport, the deputy suspected Mr. Avila-Garcia might be under the influence based on his erratic and paranoid behavior. Mr. Avila-Garcia made statements accusing another deputy of using methamphetamine. He stated he felt someone tried poisoning him with opiates, and also stated he could taste the fentanyl that they tried to poison him with.  He also began coughing and spitting on himself and could not sit still.

Upon arriving at the jail, a state certified drug recognition expert officer attempted an evaluation of Mr. Avila-Garcia and determined based on his training, Mr. Avila-Garcia was under the influence of a central nervous system stimulate and his ability to drive was impaired. A voluntary blood draw was completed with Mr. Avila-Garcia by a medic.

Prob12C
**Re: Avila-Garcia, Diego**
**November 30, 2022**
**Page 3**

Mr. Avila-Garcia was charged in Chelan County District Court, case 2A0151691, for driving under the influence, third degree driving while license suspended, reckless driving, and operating a vehicle without an ignition interlock.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 30, 2022
_____

s/SanJuanita B. Coronado
_____

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_M. K. Dimke_

Signature of Judicial Officer
_____

11/30/2022
_____

Date