United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2023

SEAN F. MCAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Diego Avila-Garcia
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge
Docket No:  4:20CR06032-MKD-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Diego Avila-Garcia to travel out of the country.

Respectfully submitted by,

 s/Phil Casey           12/04/2023
Phil Casey                    Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_____
Signature of Judicial Officer

12/5/2023
Date